# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1832               **Short Title:** African Communities Together v. Mullin

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from July 2, 2026
  2. Date this notice of appeal filed July 20, 2026
     If cross appeal, date first notice of appeal filed N/A
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
  4. Date of entry of order deciding above post-judgment motion N/A
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
     Time extended to N/A

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?   ☐ Yes     ☑ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   ☐ Yes     ☑ No
        If yes, explain_____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   ☑ Yes     ☐ No
        If yes, explain Refusal to Modify Injunctive Order Reviewable Under 28 U.S.C. 1291(a)(2).

C. Has this case previously been appealed?   ☐ Yes     ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   ☑ Yes     ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below? ☑ Yes ☐ No
    If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
    If yes, is transcript already on file with district court? ☐ Yes ☑ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party AFRICAN COMMUNITIES TOGETHER
        Attorney Nargis Aslami
        Address 1032 15th St NW, #362 Washington, DC 20005
        Telephone 202-897-1895

    2.  Adverse party AFRICAN COMMUNITIES TOGETHER
        Attorney Abbey Rose Koenning Rutherford
        Address 1032 15th Street N.W. #362 Washington, DC 20005
        Telephone 202−897−2622

    3.  Adverse party AFRICAN COMMUNITIES TOGETHER
        Attorney Collin Poirot
        Address 1032 15th Street N.W. #362 Washington, DC 20005
        Telephone 202−897−2564

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name Secretary of Homeland Security Mullin
        Address 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485
        Telephone N/A

        Attorney's name Robert E. Richardson
        Firm United States Attorney's Office
        Address 1 Courthouse Way Suite 9200 Boston, MA 02210
        Telephone 617−748−3247

    2.  Appellant's name U.S. Department of Homeland Security
        Address 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485
        Telephone N/A

        Attorney's name Robert E. Richardson
        Firm United States Attorney's Office
        Address 1 Courthouse Way Suite 9200 Boston, MA 02210
        Telephone 617−748−3247

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☐ Yes ☑ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Robert Richardson
Date  July 28, 2026

## DOCKETING STATEMENT ADDENDUM

**D.    Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?**

- Dkt. 82, *African Communities Together v. Noem*, No. 26-cv-10278-BEM (July 25, 2026) (administrative stay order effective upon this Court's mandate in No. 26-1376)
- Dkt. 106, *African Communities Together v. Mullin*, No. 25-cv-13939-PBS (July 23, 2026) (administrative stay order effective upon this Court's mandate in No. 26-1254)

**F.    List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.**

**African Communities Together (cont.)**

Adverse Party: AFRICAN COMMUNITIES TOGETHER
Attorney: Erik Matthew Crew
Address: 4560 Alvarado Canyon Road Suite H, San Diego, CA 92120
Telephone: 949-603-7411

Adverse Party: AFRICAN COMMUNITIES TOGETHER
Attorney: Golnaz Fakhimi
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202-655-2969

Adverse Party: AFRICAN COMMUNITIES TOGETHER
Attorney: Sadaf Hasan
Address: PO Box 34440, Washington DC 20043
Telephone: 347-249-9013

Adverse Party: AFRICAN COMMUNITIES TOGETHER
Attorney: Ashley Michelle Burrell
Address: 40 Rector Street 5th Floor New York, NY 10006
Telephone: 212−965−2200

1

Adverse Party: AFRICAN COMMUNITIES TOGETHER
Attorney: Ayomide Odunsi
Address: 700 14th Street NW Suite 600 Washington, DC 20005
Telephone: 202−682−1300

Adverse Party: AFRICAN COMMUNITIES TOGETHER
Attorney: Kacey Ann Mordecai
Address: 700 14th Street NW Suite 600 Washington DC, DC 20005
Telephone: 202−682−1300

Adverse Party: AFRICAN COMMUNITIES TOGETHER
Attorney: Melissa Shay Keaney
Address: 1032 15th Street N.W. Ste 362 Washington, DC 20005
Telephone: 279−269−2362

**Partnership for the Advancement of New Americans**

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Nargis Aslami
Address: 1032 15th St NW, #362 Washington, DC 20005
Telephone: 202-897-1895

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Abbey Rose Koenning Rutherford
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2622

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Collin Poirot
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2564

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Erik Matthew Crew
Address: 4560 Alvarado Canyon Road Suite H, San Diego, CA 92120
Telephone: 949-603-7411

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Golnaz Fakhimi
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202-655-2969

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Sadaf Hasan
Address: PO Box 34440, Washington DC 20043
Telephone: 347-249-9013

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Ashley Michelle Burrell
Address: 40 Rector Street 5th Floor New York, NY 10006
Telephone: 212−965−2200

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Ayomide Odunsi
Address: 700 14th Street NW Suite 600 Washington, DC 20005
Telephone: 202−682−1300

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Kacey Ann Mordecai
Address: 700 14th Street NW Suite 600 Washington DC, DC 20005
Telephone: 202−682−1300

Adverse Party: Partnership for the Advancement of New Americans
Attorney: Melissa Shay Keaney
Address: 1032 15th Street N.W. Ste 362 Washington, DC 20005
Telephone: 279−269−2362

**Alexander Doe**

Adverse Party: Alexander Doe
Attorney: Nargis Aslami
Address: 1032 15th St NW, #362 Washington, DC 20005
Telephone: 202-897-1895

Adverse Party: Alexander Doe
Attorney: Abbey Rose Koenning Rutherford
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2622

Adverse Party: Alexander Doe
Attorney: Collin Poirot
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2564

Adverse Party: Alexander Doe
Attorney: Erik Matthew Crew
Address: 4560 Alvarado Canyon Road Suite H, San Diego, CA 92120
Telephone: 949-603-7411

Adverse Party: Alexander Doe
Attorney: Golnaz Fakhimi
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202-655-2969

Adverse Party: Alexander Doe
Attorney: Sadaf Hasan
Address: PO Box 34440, Washington DC 20043
Telephone: 347-249-9013

Adverse Party: Alexander Doe
Attorney: Ashley Michelle Burrell
Address: 40 Rector Street 5th Floor New York, NY 10006
Telephone: 212−965−2200

4

Adverse Party: Alexander Doe
Attorney: Ayomide Odunsi
Address: 700 14th Street NW Suite 600 Washington, DC 20005
Telephone: 202−682−1300

Adverse Party: Alexander Doe
Attorney: Kacey Ann Mordecai
Address: 700 14th Street NW Suite 600 Washington DC, DC 20005
Telephone: 202−682−1300

Adverse Party: Alexander Doe
Attorney: Melissa Shay Keaney
Address: 1032 15th Street N.W. Ste 362 Washington, DC 20005
Telephone: 279−269−2362

**Mohamed Doe**

Adverse Party: Mohamed Doe
Attorney: Nargis Aslami
Address: 1032 15th St NW, #362 Washington, DC 20005
Telephone: 202-897-1895

Adverse Party: Mohamed Doe
Attorney: Abbey Rose Koenning Rutherford
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2622

Adverse Party: Mohamed Doe
Attorney: Collin Poirot
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2564

Adverse Party: Mohamed Doe
Attorney: Erik Matthew Crew
Address: 4560 Alvarado Canyon Road Suite H, San Diego, CA 92120
Telephone: 949-603-7411

Adverse Party: Mohamed Doe
Attorney: Golnaz Fakhimi
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202-655-2969

Adverse Party: Mohamed Doe
Attorney: Sadaf Hasan
Address: PO Box 34440, Washington DC 20043
Telephone: 347-249-9013

Adverse Party: Mohamed Doe
Attorney: Ashley Michelle Burrell
Address: 40 Rector Street 5th Floor New York, NY 10006
Telephone: 212−965−2200

Adverse Party: Mohamed Doe
Attorney: Ayomide Odunsi
Address: 700 14th Street NW Suite 600 Washington, DC 20005
Telephone: 202−682−1300

Adverse Party: Mohamed Doe
Attorney: Kacey Ann Mordecai
Address: 700 14th Street NW Suite 600 Washington DC, DC 20005
Telephone: 202−682−1300

Adverse Party: Mohamed Doe
Attorney: Melissa Shay Keaney
Address: 1032 15th Street N.W. Ste 362 Washington, DC 20005
Telephone: 279−269−2362

**Tyson Doe**

Adverse Party: Tyson Doe
Attorney: Nargis Aslami
Address: 1032 15th St NW, #362 Washington, DC 20005
Telephone: 202-897-1895

Adverse Party: Tyson Doe
Attorney: Abbey Rose Koenning Rutherford
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2622

Adverse Party: Tyson Doe
Attorney: Collin Poirot
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2564

Adverse Party: Tyson Doe
Attorney: Erik Matthew Crew
Address: 4560 Alvarado Canyon Road Suite H, San Diego, CA 92120
Telephone: 949-603-7411

Adverse Party: Tyson Doe
Attorney: Golnaz Fakhimi
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202-655-2969

Adverse Party: Tyson Doe
Attorney: Sadaf Hasan
Address: PO Box 34440, Washington DC 20043
Telephone: 347-249-9013

Adverse Party: Tyson Doe
Attorney: Ashley Michelle Burrell
Address: 40 Rector Street 5th Floor New York, NY 10006
Telephone: 212−965−2200

Adverse Party: Tyson Doe
Attorney: Ayomide Odunsi
Address: 700 14th Street NW Suite 600 Washington, DC 20005
Telephone: 202−682−1300

Adverse Party: Tyson Doe
Attorney: Kacey Ann Mordecai
Address: 700 14th Street NW Suite 600 Washington DC, DC 20005
Telephone: 202−682−1300

Adverse Party: Tyson Doe
Attorney: Melissa Shay Keaney
Address: 1032 15th Street N.W. Ste 362 Washington, DC 20005
Telephone: 279−269−2362


**Nina Doe**

Adverse Party: Nina Doe
Attorney: Nargis Aslami
Address: 1032 15th St NW, #362 Washington, DC 20005
Telephone: 202-897-1895

Adverse Party: Nina Doe
Attorney: Abbey Rose Koenning Rutherford
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2622

Adverse Party: Nina Doe
Attorney: Collin Poirot
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202−897−2564

Adverse Party: Nina Doe
Attorney: Erik Matthew Crew
Address: 4560 Alvarado Canyon Road Suite H, San Diego, CA 92120
Telephone: 949-603-7411

8

Adverse Party: Nina Doe
Attorney: Golnaz Fakhimi
Address: 1032 15th Street N.W. #362 Washington, DC 20005
Telephone: 202-655-2969

Adverse Party: Nina Doe
Attorney: Sadaf Hasan
Address: PO Box 34440, Washington DC 20043
Telephone: 347-249-9013

Adverse Party: Nina Doe
Attorney: Ashley Michelle Burrell
Address: 40 Rector Street 5th Floor New York, NY 10006
Telephone: 212−965−2200

Adverse Party: Nina Doe
Attorney: Ayomide Odunsi
Address: 700 14th Street NW Suite 600 Washington, DC 20005
Telephone: 202−682−1300

Adverse Party: Nina Doe
Attorney: Kacey Ann Mordecai
Address: 700 14th Street NW Suite 600 Washington DC, DC 20005
Telephone: 202−682−1300

Adverse Party: Nina Doe
Attorney: Melissa Shay Keaney
Address: 1032 15th Street N.W. Ste 362 Washington, DC 20005
Telephone: 279−269−2362

**G.**    **List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.**

Appellant's Name: **Secretary of Homeland Security Markwayne Mullin (cont.)**
Address: 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528
Telephone: N/A

Attorney's Name:  Sarah Welch
Firm: U.S. Department of Justice, Civil Division
Address: 950 Pennsylvania Ave NW Washington, DC 20530
Telephone: 202-514-3180

Attorney's Name: Jeffrey M. Hartman
Firm: U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Address: PO Box 878 Ben Franklin Station Washington, DC 20044
Telephone: 202-532-4404

Appellant's Name: **U.S. Department of Homeland Security (cont.)**
Address: 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528
Telephone: N/A

Attorney's Name:  Sarah Welch
Firm: U.S. Department of Justice, Civil Division
Address: 950 Pennsylvania Ave NW Washington, DC 20530
Telephone: 202-514-3180

Attorney's Name: Jeffrey M. Hartman
Firm: U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Address: PO Box 878 Ben Franklin Station Washington, DC 20044
Telephone: 202-532-4404

10

Appellant's Name: **United States Citizenship and Immigration Services**
Address: 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528
Telephone: N/A

Attorney's Name: Robert Edward Richardson
Firm: US Attorney's Office
Address: 1 Courthouse Way Ste 9200 Boston, MA 02210
Telephone: 617-748-3247

Attorney's Name:  Sarah Welch
Firm: U.S. Department of Justice, Civil Division
Address: 950 Pennsylvania Ave NW Washington, DC 20530
Telephone: 202-514-3180

Attorney's Name: Jeffrey M. Hartman
Firm: U.S. Department of Justice, Civil Division, Office of Immigration
        Litigation
Address: PO Box 878 Ben Franklin Station Washington, DC 20044
Telephone: 202-532-4404


Appellant's Name: **United States**
Address: 1 Courthouse Way Ste 9200 Boston, MA 02210
Telephone: N/A

Attorney's Name: Robert Edward Richardson
Firm: US Attorney's Office
Address: 1 Courthouse Way Ste 9200 Boston, MA 02210
Telephone: 617-748-3247

Attorney's Name:  Sarah Welch
Firm: U.S. Department of Justice, Civil Division
Address: 950 Pennsylvania Ave NW Washington, DC 20530
Telephone: 202-514-3180

Attorney's Name: Jeffrey M. Hartman
Firm: U.S. Department of Justice, Civil Division, Office of Immigration
        Litigation
Address: PO Box 878 Ben Franklin Station Washington, DC 20044
Telephone: 202-532-4404

11

**CERTIFICATE OF SERVICE**

I certify that I filed this Docketing Statement on behalf of Appellants-Defendants with the First Circuit Court of Appeals within fourteen days of the July 20, 2026, Notice of Appeal, using the CM/ECF system. The Appellees-Plaintiffs will be served, through their attorneys, using the CM/ECF system.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant United States Attorney
U.S. Department of Justice
1 Courthouse Way Suite 9200
Boston, MA 02210
Telephone: 617−748−3247
Email: Robert.Richardson@usdoj.gov